ALEJANDRO, APPELLANT, *v.* REGISTRAR OF GUAYAMA, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record an Attachment Sale.

No. 583.—Decided March 17, 1924.

RECORD OF TITLE—APPEAL—BRIEF.—When in refusing to record a forced sale the registrar points out with some show of reason various alleged incurable defects and the appellant fails to show by brief how the registrar was mistaken, the decision appealed from should be affirmed without further discussion.

The facts are stated in the opinion.
*Mr. M. Guzmán Texidor* for the appellant.
The respondent appeared by brief.

MR. JUSTICE WOLF delivered the opinion of the court.

In this case there was an appeal from a note of the registrar refusing to record a sale made under an attachment. The appellant filed no brief originally and upon our request for one disregarded the request. When in a judicial

sale the registrar points out with some show of reason various alleged incurable defects and the appellant fails to show us how the registrar was mistaken, the note appealed from should be affirmed without further discussion. This court cannot undertake to look for error. The note must be

*Affirmed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.